

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Luis Augusto Diaz,                                    * From the County Court
                                                                at Law of Midland County,
                                                                Trial Court No. CC18526.

v. No. 11-16-00341-CV                          * January 26, 2017

Progressive County Mutual                    * Per Curiam Memorandum Opinion
Ins. Co.,                                                   (Panel consists of: Wright, C.J.,
                                                                Willson, J., and Bailey, J.)

        This court has inspected the record in this cause and concludes that the appeal should be dismissed.   Therefore, in accordance with this court's opinion, the appeal is dismissed.   The costs incurred by reason of this appeal are taxed against Luis Augusto Diaz.